IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL FILE NO. |
| v. | 1:14-CR-227-TCB |
| DAVID LEE, | |
| Defendant. | |

# **ORDER**

A jury failed to reach a verdict on Count 1 of the Indictment against Defendant Lee, and an order of mistrial was entered on October 18, 2016. The Government has declared its intention to re-try Mr. Lee. Defendant Lee, after consulting with his attorney, has agreed that the second trial be set for June 12, 2017.

Therefore the trial shall now commence on June 12, 2017, at 9:30 a.m. in Courtroom 2106 of the United States District Court in Atlanta. The pretrial conference is continued until June 7, 2017 at 10:00 a.m. in Courtroom 2106. Motions in limine and proposed voir dire shall be filed on or before May 22, 2017, and responses to motions in limine shall be filed on or before May 29, 2017. Only one consolidated motion in limine shall be filed by each party and the motion shall not

exceed 25 pages. The response brief to the motion in limine shall not exceed 25 pages.

The time between November 7, 2016 and the beginning of the trial on June 12, 2017, shall be excluded in calculating the date on which the trial of this case must commence under the Speedy Trial Act because the Court finds that the delay is for good cause, and the interests of justice in granting the continuance outweigh the right of the public and the right of the defendant to a speedy trial, pursuant to 18 U.S.C. § 3161, *et seq.*

IT IS SO ORDERED this 8th day of November, 2016.

_____
TIMOTHY C. BATTEN, SR.
UNITED STATES DISTRICT JUDGE