IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL FILE NO. |
| v. | 1:14-CR-0227-2-TCB |
| DAVID LEE, | |
| Defendant. | |

# **ORDER**

Defendant Lee has orally moved to continue the re-trial of his case. The Government does not oppose this motion, therefore it is GRANTED.

The trial shall now commence on November 6, 2017, at 9:30 a.m. in Courtroom 2106 of the United States District Court in Atlanta. The pretrial conference is set for November 2, 2017 at 10:00 a.m. in Courtroom 2106. Motions in limine and proposed voir dire shall be filed on or before October 16, 2017, and responses to motions in limine shall be filed on or before October 23, 2017. Only one consolidated motion in limine shall be filed by each party and the motion shall not exceed 25 pages. The response brief to the motion in limine shall not exceed 25 pages.

The time between the date of the first trial and the beginning of the re-trial on November 6, 2017, shall be excluded in calculating the date on

which the trial of this case must commence under the Speedy Trial Act because the Court finds that the delay is for good cause, and the interests of justice in granting the continuance outweigh the right of the public and the right of the defendant to a speedy trial, pursuant to 18 U.S.C. § 3161, *et seq*.

     IT IS SO ORDERED this 28th day of April, 2017.

_____
TIMOTHY C. BATTEN, SR.
UNITED STATES DISTRICT JUDGE