IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>DAVID LEE | Criminal Action No.<br><br>1:14-CR-227-TCB-RGV |

**Government's Motion for Leave to Dismiss the Indictment as to David Lee**

The United States of America, by Byung J. Pak, United States Attorney, and Christopher C. Bly, Assistant United States Attorney for the Northern District of Georgia, hereby seeks leave of the Court, under Fed. R. Crim. P. 48(a), to dismiss the Indictment, which was filed on June 17, 2014 and which charges violations of 18 U.S.C. § 371, as well as 17 U.S.C. § 506(a)(1)(A) and 18 U.S.C. § 2319(b)(1) and 2, only as to David Lee.

WHEREFORE, the Government respectfully requests that the Court GRANT this motion and DISMISS the Indictment as to David Lee.

Respectfully submitted,

BYUNG J. PAK
*United States Attorney*

/s/CHRISTOPHER C. BLY
*Assistant United States Attorney*
Georgia Bar No. 064634
Chris.Bly@usdoj.gov

600 U.S. Courthouse   75 Spring Street SW   Atlanta, GA 30303
(404) 581-6000   fax (404) 581-6181

**Certificate of Service**

I served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

                Carl Lietz

June 6, 2018

                                      /s/ CHRISTOPHER C. BLY

                                      *Assistant United States Attorney*