IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID LEE | Criminal Action No.<br><br>1:14-CR-227-TCB-RGV |

## ORDER

This matter is before the Court for consideration of the Government's motion for leave to dismiss the Indictment as to David Lee pursuant to Fed. R. Crim. P. 48(a).

The motion is GRANTED and the Indictment, only as to David Lee, is DISMISSED.

So ordered this 11th day of June, 2018.

_____
TIMOTHY C. BATTEN, SR.
UNITED STATES DISTRICT JUDGE

Prepared by
Christopher C. Bly, Assistant United States Attorney
(404) 581-6000